LAMKIN IP DEFENSE
Rachael D. Lamkin (246066)
One Harbor Drive, Ste. 304
Sausalito, CA 94965
916.747.6091
RDL@LamkinIPDefense.com

*Attorneys for DJ Plaintiff
Cristine Melo*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINE MELO | Case No. 3:19-cv-05449-CRB |
| Plaintiff, | **LR 7.3(D)(2) STATEMENT OF RECENT DECISION** |
| v. | HEARING: June 26, 2020 |
| FRIDA KAHLO CORPORATION, a Panamanian corporation, and FRIDA KAHLO INVESTMENTS, S.A., a Panamanian corporation, | Time: 10:00 am |
| | Judge: Hon. Judge Charles R. Breyer |
| Defendant. | Rm: Zoom Hearing |

# LR 7.3(D)(2) STATEMENT OF RECENT DECISION

Pursuant to Local Rule 7-3(d)(2), Ms. Melo attaches *Nursery Decals & More, Inc. v. Neat Print, Inc.*, No. 3:19-CV-2606-B, 2020 U.S. Dist. LEXIS 63113 (N.D. Tex. Apr. 10, 2020), published after the Parties submitted briefing on Defendants' Motion to Dismiss, Dkt. Nos. 41, 47, and 50. *Nursery Decals* is a relevant judicial decision under Rule 7-3(d)(2) based on Ms. Melo's citations to *Way.com, Inc. v. Singh*, No. 3:18-cv-04819- WHO, 2018 U.S. Dist. LEXIS 215243, at *19 (N.D. Cal. Dec. 20, 2018); *Dudnikov v. Chalk & Vermilion Fine Arts*, 514 F.3d 1063 (10th

1 | Cir. 2008).  (*See* Dkt. No. 47, 6:10-18.)

*Rachael D. Lamkin*
Rachael D. Lamkin
Counsel for Cristine Melo

**CERTIFICATE OF SERVICE**

On this date, June 25, 2020, I did personally serve upon Defendants the following document by filing same with the Court's ECF system.

**LR 7.3(D)(2) STATEMENT OF RECENT DECISION**

*Rachael D. Lamkin*
Rachael D. Lamkin